**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:

        **CASE NO. 25-04977-5-JNC**

**CATHY J. MASON**

        **CHAPTER 13**

        **DEBTOR**


## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES the Debtor, by and through undersigned counsel, and responds to the Motion for Relief from Automatic Stay filed by Exeter Finance, LLC f/k/a Exeter Finance Corp., and shows unto the Court as follows:

1. The Debtor stated that the Co-Debtor is delinquent with payments to said Creditor.

2. The Debtor stated that the Co-Debtor will bring the loan current within a reasonable period of time.

WHEREFORE, the undersigned prays that the Motion for Relief from Automatic Stay filed by Exeter Finance LLC f/k/a Exeter Finance Corp. be denied.

This the 17th day of July, 2026.


/s/Lindsay M. Parker
LINDSAY M. PARKER
State Bar #50894
GILLESPIE & MURPHY, P.A.
PO Drawer 888
New Bern, NC   28563
252-636-2225 Telephone
252-636-0625 Facsimile
gmpa@lawyersforchrist.com

<u>CERTIFICATE OF SERVICE</u>

I, Lindsay M. Parker, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 17th day of July, 2026, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification:

S. Troy Staley                                          Via: (CM/ECF)
Chapter 13 Trustee

Eudora F. S. Arthur
Attorney for Creditor
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Cathy J. Mason
1282 US Hwy 13 N
Gates, NC 27937

Mikalah Freeman
1282 US Hwy 13 N
Gates, NC 27937

I certify under penalty of perjury that the foregoing is true and correct.


DATED:   7/17/26


                                                    /s/Lindsay M. Parker
                                                    Lindsay M. Parker