**VAN–057** Notice to Creditors and Other Parties in Interest – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Cathy J Mason
*( debtor has no known aliases )*
1282 US 13 N
Gates, NC 27937

CASE NO.: 25–04977–5–JNC

DATE FILED: December 15, 2025

CHAPTER: 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, August 12, 2026
TIME:     11:00 AM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

to consider and act on the following matters:

Motion for Relief from Stay filed by Exeter Finance LLC

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: July 24, 2026

Stephanie J. Butler
Clerk of Court